COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
MARCO DELGADILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MARCO DELGADILLO,<br>    Defendant. | Case No. 19 Cr. 226 RS<br><br>ORDER MODIFYING BRIEFING SCHEDULE<br><br><br>Before the Honorable Richard Seeborg<br>United States District Judge |

# ORDER

Based on the Stipulation presented by Plaintiff United States of America and Defendant Marco Delgadillo, by and through their counsel, and for good cause shown, the Court HEREBY MODIFIES the briefing schedule previously set, and directs the parties to brief Defendant Marco Delgadillo's motion to suppress arising from the August 8, 2018 traffic stop and arrest, on the following schedule:

- Defendant's Motion and Supporting Memorandum due August 6, 2019;
- United States' Memorandum in Response due August 23, 2019; and
- Defendant's Memorandum in Reply due September 6, 2019.

The Court will hear argument on Defendant Marco Delgadillo's motion as currently scheduled on September 17, 2019, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: July 17, 2019

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE