COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
MARCO DELGADILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>MARCO DELGADILLO,<br>    Defendant. | Case No. 19 Cr. 226 RS<br><br>[~~PROPOSED~~] ORDER RE MODIFICATION OF BRIEFING AND HEARING SCHEDULE<br><br><br>Before the Honorable Richard Seeborg<br>United States District Judge |

Based on the Stipulation presented by Plaintiff United States of America and Defendant Marco Delgadillo, by and through their counsel, and for good cause shown, the Court hereby MODIFIES the briefing and hearing schedule previously set, as follows:

- Defendant's Memorandum in Reply shall come due September 27, 2019; and
- The Court shall hold a hearing on Defendant Marco Delgadillo's motion on October 8, ~~2020~~ 2019 at 2:30 p.m.

The Parties still must appear at the currently scheduled September 17, 2019 status conference for all defendants; this Order addresses only Marco Delgadillo's pending motion filed at ECF 68.

**IT IS SO ORDERED.**

DATED: September 5, 2019

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE