1 COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
2 235 Montgomery Street, Suite 1070
San Francisco, CA 94104
3 Telephone: 415.391.0440
4 Facsimile: 415.373.3901
eab@colemanbalogh.com
5
Attorneys for Defendant
6 MARCO DELGADILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>MARCO DELGADILLO,<br>    Defendant. | Case No. 19 Cr. 226 RS<br><br>[~~PROPOSED~~] ORDER RE MODIFICATION OF BRIEFING AND HEARING SCHEDULE AS MODIFIED BY THE COURT<br><br>Before the Honorable Richard Seeborg<br>United States District Judge |

Based on the Stipulation presented by Plaintiff United States of America and Defendant Marco Delgadillo, by and through their counsel, and for good cause shown, the Court hereby MODIFIES the briefing and hearing schedule previously set, as follows:

- Defendant's Memorandum in Reply shall come due October 18, 2019; and

- The Court shall hold a hearing on Defendant Marco Delgadillo's motion on November 5, ~~October 29~~, 2019 at 2:30 p.m.

The Parties are further directed to notify the Court upon any successful resolution of the case so that the Court may vacate the hearing schedule upon such notice, and then schedule a change of plea hearing in its stead.

**IT IS SO ORDERED.**

DATED: September 26, 2019

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE