1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CASEY BOOME (NYBN 5101845)
   RYAN REZAEI (CABN 285133)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       casey.boome@usdoj.gov
        ryan.rezaei@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-226 RS-11 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND |
| v. | HEARING SCHEDULE |
| MARCO DELGADILLO,<br>a/k/a "Tonio," | |
| Defendant. | |

The defendant, by and through undersigned counsel, and the United States, by and through Assistant United States Attorney Casey Boome, hereby stipulate and agree as follows:

WHEREAS, the Court, at the parties' request, set a briefing schedule with respect to Defendant Marco Delgadillo's motion to suppress and motion for the return of his mobile telephone;

WHEREAS, pursuant to the parties' subsequent requests, the Court modified the briefing schedule to allow the parties additional time to address the production of additional discovery and to engage in discussions to reach a disposition that would resolve the pending charges against the defendant and avoid further litigation of the pending motions;

STIP. AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE

WHEREAS, the parties remain engaged in productive negotiations and require additional time to continue those negotiations in an effort to secure a resolution in lieu of litigation;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's confirming order, to the following modified briefing and hearing schedule:

- The defendant's Memorandum in Reply shall come due November 22, 2019; and
- The Court shall hold a hearing on the defendant's motions at 2:30 p.m. on December, 2019, the date on which this matter is presently set for a status conference with all co-defendants.

If, before December 10, 2019, the parties have reached a resolution, the parties shall promptly notify the Court and request that the motion hearing be vacated and reset for a change of plea hearing.

IT IS SO STIPULATED.

DATED: October 17, 2019          Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ *Casey Boome*
CASEY BOOME
Assistant United States Attorney

DATED: October 17, 2019

/s/ *with permission*
ETHAN ATTICUS BALOGH
Attorney for Marco Delgadillo

STIP. AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE

# [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and for good cause shown, the Court hereby MODIFIES the briefing and hearing schedule previously set, as follows:

- The defendant's Memorandum in Reply shall come due November 22, 2019; and
- The Court shall hold a hearing on the defendant's motions at 2:30 p.m. on December, 10, 2019.

The Parties are further directed to notify the Court upon any successful resolution of the case so that the Court may vacate the hearing schedule upon such notice, and then schedule a change of plea hearing in its stead.

SO ORDERED.

Dated: 10/18/19

HON. RICHARD SEEBORG
United States District Court Judge